**William BURLESON, Father of Billy Wayne, Jinny and John Burleson; Paul Lindsey, Father of Bill and Paul Lindsey, Jr.; Bill Cheatham, Father of Yovonne, Kevin and David Cheatham; and A. R. Evans, Father of Dewey Mark and Karen Evans, Appellees,**

v.

**COUNTY BOARD OF ELECTION COMMISSIONERS OF JEFFERSON COUNTY et al., Frank M. Shue, Jr., Worley L. Jones, Guy M. Chowning, Billy M. Cope, Raymond Jones, Jr., Dorothy Stewart and Jim Hayes, Appellants.**

No. 20228.

United States Court of Appeals, Eighth Circuit.

Nov. 30, 1970.

Bert N. Darrow, Little Rock, Ark., for appellants.

Jack L. Lessenberry, Little Rock, Ark., for appellees.

PER CURIAM.

The judgment of the District Court is affirmed on the basis of the District Court's opinion reported at 308 F.Supp. 352.

■

**James Edward SANDRI, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 25212.

United States Court of Appeals, Ninth Circuit.

Nov. 13, 1970.

James Edward Sandri in pro. per.

Richard K. Burke, U. S. Atty., William C. Smitherman, Asst. U. S. Atty., Tucson, Ariz., for appellee.

Before BARNES, KOELSCH and HUFSTEDLER, Circuit Judges.

PER CURIAM:

The denial of the application for relief, under 28 U.S.C. § 2255, from a conviction based upon a plea of guilty, is affirmed on the authority of Brady v. United States, 397 U.S. 742, 90 S.Ct. 1463, 25 L.Ed.2d 747 (1970).